UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRIANNA GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:22-CV-163-PPS-JEM |
| ) | |
| ECOVYST CATALYST ) | |
| TECHNOLOGIES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Stipulation of Dismissal as to Defendant Coyote Logistics, LLC [DE 47] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Coyote Logistics, LLC, without costs to any party. The pending motion for judgment on the pleadings [DE 44] is **DENIED AS MOOT**. This action remains pending against Defendants Ecovyst Catalyst Technologies, LLC, Safe Trans LLC, and Tresor Hodari.

**SO ORDERED**.

ENTERED: October 2, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT