UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| BRIANNA GIBSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:22-CV-163-PPS-JEM |
| ECOVYST CATALYST TECHNOLOGIES LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Plaintiff, Brianna Gibson, and Defendants, Ecovyst Catalyst Technologies LLC, Safe Trans LLC, and Tresor Hodari, filed a Stipulation of Dismissal With Prejudice [DE 55], stipulating to the dismissal of this case (including the cross-claim). Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 55] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**. Each party shall bear its own costs. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: February 29, 2024.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**